# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MILLER PRO AUDIO, L.L.C.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  Case No. CIV-23-226-G |
| | ) |
| **SMALL BUSINESS** | ) |
| **ADMINISTRATION et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Now before the Court is the parties' Joint Motion to Stay (Doc. No. 15), seeking to stay proceedings in this matter pending a determination in a related federal appeal.

For good cause shown, the Joint Motion to Stay (Doc. No. 15) is GRANTED. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997); *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936). This case shall be ADMINISTRATIVELY CLOSED pending further order of the Court.

IT IS FURTHER ORDERED that the parties shall notify the Court in writing within fourteen days of the issuance of a decision by the D.C. Circuit Court of Appeals in *Concert Investor, LLC v. Small Business Administration*, No. 22-5253 (D.C. Cir.).

IT IS SO ORDERED this 20th day of July, 2023.

_____
CHARLES B. GOODWIN
United States District Judge